District Judge Tana Lin
Chief Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FELIPE AGUILAR GAMA,<br><br>               Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>               Federal Respondents. | Case No. 2:25-cv-01925-TL-TLF<br><br>STIPULATED MOTION AND [PROPOSED] TRO BRIEFING SCHEDULE<br><br>Noted for Consideration:<br>October 6, 2025 |

Pursuant to this Court's Order (Dkt. No. 3), Petitioner and Federal Respondents submit this proposed briefing schedule. To expedite this habeas matter, the parties agree to forgo the temporary restraining order ("TRO") motion in favor of expedited briefing in consideration of the merits of Petitioner's habeas corpus petition. Dkt. No. 1. This would allow the parties to brief the issues only once and for this Court to rule on the issues once.

The parties propose the following briefing schedule for the habeas petition:

| Filing | Deadline |
|---|---|
| Federal Respondents' Return Memorandum | October 9, 2025 |
| Petitioner's Response | October 20, 2025 |

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-01925-TL-TLF] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Federal Respondents agree to not remove Petitioner from the United States or transfer Petitioner to another facility until this Court reaches a decision on the expedited habeas briefing.

Petitioner further agrees to withdraw the pending TRO motion (Dkt. No. 2).

Accordingly, the parties request that the Court enter the proposed briefing schedule.

DATED this 5th day of October, 2025.

Respectfully submitted,

| | |
|---|---|
| REBECCA S. COHEN<br>Acting United States Attorney | GIBBS HOUSTON PAUW |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Federal Respondents* | *s/ Hilary Smith*<br>HILARY SMITH, WSBA #60474<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98102<br>Phone: (206) 929-3880<br>Email: hilary.smith@ghp-law.net<br>*Attorneys for Petitioner* |

***I certify that this memorandum contains 832 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-01925-TL-TLF] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | October 9, 2025 |
| Petitioner's Response | October 20, 2025 |

The Motion for Temporary Restraining Order (Dkt. No. 2) is withdrawn.

Federal Respondents shall not remove Petitioner from the United States or transfer him to any other facility until this Court decides the habeas petition.

DATED this 6th day of October, 2025

_____
TANA LIN
United States District Judge

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-01925-TL-TLF] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800