## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FELIPE AGUILAR GAMA<br><br>　　　　　　　Petitioner,<br>　v.<br><br>PAMELA BONDI, et al.<br><br>　　　　　　　Respondents. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER 2:25-cv-01925-TL |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)　Petitioner's Writ of Habeas Corpus (Dkt. No. 1) is GRANTED.

(2)　Petitioner SHALL be released immediately. Within **twenty-four (24)** hours of this order, Respondents SHALL provide the Court with a declaration confirming that Petitioner has been released from custody and informing the Court of the date and time of his release.

(3)　Any fee petition SHALL be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated December 12, 2025.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　*/s/Kadya Peter*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk